# United States Court of Appeals

*For the Seventh Circuit*
*Chicago, Illinois 60604*

December 5, 2001

*Before*

Hon. JOEL M. FLAUM, Chief Judge

Hon. RICHARD A. POSNER, Circuit Judge

Hon. DIANE P. WOOD, Circuit Judge

| | |
|---|---|
| UNITED STATES OF AMERICA, | ] |
| | ] Appeal from the United |
| Plaintiff-Appellee, | ] States District Court for |
| | ] the Central District of |
| | ] Illinois. |
| No. 00-4294      v. | ] |
| | ] No. 99 CR 40088 |
| ROMAN KOSMEL, | ] |
| | ] Joe B. McDade, |
| Defendant-Appellant. | ] Chief Judge. |

### O R D E R

The opinion issued in the above-entitled case on November 29, 2001, is hereby amended as follows:

On Page 6, in the first paragraph lines 5 and 6, the following should be deleted.

**engaging in monetary transactions with criminally derived funds.**

On Page 6, in the first paragraph lines 5 and 6, should now read:

**unlawfully hiring aliens, money laundering, and marriage fraud.**